# AMENDED EXHIBIT 1
## TO THE COMPLAINT

**REDACTED**