**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RICHEMONT INTERNATIONAL S.A.,<br> Plaintiff, | |
| v. | Case No. 25-cv-00843 |
| THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE "A", | Judge Thomas M. Durkin<br>Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

**PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiff Richemont International S.A. ("Plaintiff") respectfully requests extension of the Temporary Restraining Order ("TRO") [25], currently in force in this matter pursuant to the Court's discretion under Fed. R. Civ. P. 65(b)(2). In support of the motion, Plaintiff states:

1.      On March 10, 2025, the court granted Plaintiff's motion for an *ex parte* TRO [22] and entered a sealed TRO [25]. The TRO expires on March 24, 2025.

2.      On March 10, 2025, Plaintiff served the sealed order, Complaint, and subpoena on the e-commerce sites and payment processors via email: Amazon, PayPal and Walmart. On March 11, 2025, Plaintiff served the sealed order, Complaint and subpoena on Alibaba and Aliexpress (all of the foregoing collectively, the "Platforms and Processors"). The TRO and Plaintiff's email communication requested that the addressed sites: (1) freeze the assets in the accounts of any Defendant identified on Schedule "A" of the Complaint, and (2) provide Plaintiff information regarding the named Defendants, specifically, their email addresses, other contact information, the amounts frozen in each Defendant's account, and the number of sales of infringing goods.

3.     To Date, Amazon and Walmart have responded to the TRO and produced some or all of the requested information. As of the filing of this motion, the remaining platforms and processors have not responded or otherwise produced the requested documents and information.

4.     Defendants will be served with the Summons, sealed Complaint, and sealed TRO as Platforms and Processors produce information to Plaintiff. As Defendants are served, Plaintiff will add their information to ECF.

5.     Until Plaintiff has received notice from each of the Platforms that the asset freeze ordered by the Court has taken place and they have provided complete identifying information regarding each Defendant such that Plaintiff can serve them, the same circumstances that necessitated entry of the TRO continue to apply.

6.     This Court has the power and discretion to "for good cause, extend the TRO for a like time," which, in this instance, is an additional fourteen (14) days.

7.     Plaintiff submits that good cause exists to extend the TRO to and including April 7, 2025. Plaintiff has not yet received complete information from the Platforms and Processors and therefore has been unable to serve the Summons, Complaint, and TRO upon every Defendant. Once all Defendants who can be reached have been served, Plaintiff will move the Court to enter a preliminary injunction and unseal all documents sealed by the Court's order [25].

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending the current TRO for an additional fourteen (14) days, to and including April 7, 2025.

Dated: March 17, 2025              Respectfully submitted,

<u>/s/ James E. Judge</u>

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
litigation@fleneriplaw.com