IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHEMONT INTERNATIONAL S.A., <br><br>                    Plaintiff, <br><br>                v. <br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br>                    Defendants. | Case No. 25-cv-00843 <br><br>Judge Thomas M. Durkin <br>Magistrate Judge Jeannice W. Appenteng |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION, CONTINUED ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

    Plaintiff Richemont International S.A. ("Plaintiff") seeks entry of a Preliminary Injunction against Defendants listed in **Exhibit 1**[1] attached hereto, who have been successfully served by April 2, 2025, enjoining the manufacture, importation, distribution, offering for sale, and sale of infringing and counterfeit products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114, 35 U.S.C. § 271, 15 U.S.C. § 1125, and Illinois law. A Memorandum of Law in Support is filed concurrently.

| | |
|---|---|
| Dated: April 2, 2025 | Respectfully submitted, <br><br>/s/ James E. Judge <br><br>Zareefa B. Flener (IL Bar No. 6281397) <br>James E. Judge (IL Bar No. 6243206) <br>Ying Chen (IL Bar No. 6346961) <br>Flener IP Law, LLC <br>77 W. Washington St., Ste. 800 <br>Chicago IL 60602 <br>(312) 724-8874 <br>jjudge@fleneriplaw.com |

---

[1] Exhibit 1 is a reduced list of the Defendants originally listed on Schedule A. Plaintiff has also been unable to serve Defendant Doe 2 because the email with service was returned as undeliverable. Accordingly, this Defendant has been excluded from Exhibit 1.

1