# Exhibit 1

| Doe No. | Merchant Name | Merchant ID | Merchant URL |
|---|---|---|---|
| 1 | Shishi Urbensi Trading Ltd. | urbensi | https://urbensi.en.alibaba.com |
| 3 | UILZ Jewellry Store | 1101413411 | https://www.aliexpress.com/store/1101413411 |
| 4 | Bestyle Jewelry | A1UJV4257AN6BA | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A1UJV4257AN6BA |
| 5 | VNOX Jewelry | A24552M8Y0GEDI | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A24552M8Y0GEDI |
| 6 | Bosvision USA | A3VMJ0W41IZ3F2 | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=A3VMJ0W41IZ3F2 |
| 7 | Dow Ming | ASYNYUIC0337F | https://www.amazon.com/sp?_encoding=UTF8&marketplaceID=ATVPDKIKX0DER&seller=ASYNYUIC0337F |
| 8 | FOCALOOK JEWELRY | 101134984 | https://www.walmart.com/reviews/seller/101134984 |
| 9 | Qian Meng Dan co., ltd | 102617042 | https://www.walmart.com/reviews/seller/102617042 |