# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHEMONT INTERNATIONAL S.A., <br>                               Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br>                               Defendants. | Case No. 25-cv-00843 <br><br> Judge Thomas M. Durkin <br> Magistrate Judge Jeannice W. Appenteng |

## DECLARATION OF JAMES E. JUDGE

I, James E. Judge, declare and state:

      1.    I am an attorney at law, duly admitted to practice before the courts of the State of Illinois, including this Court. I am one of the attorneys for Plaintiff Richemont International S.A. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

      2.    Since and pursuant to entry of the TRO, the accounts of Defendants listed on **Exhibit 1**, which are located on Alibaba, AliExpress, Amazon, and Walmart platforms and/or that utilize PayPal and Stripe as their processors, have been frozen. Settlement discussions are ongoing.

      I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| /s/ James E. Judge <br> James E. Judge, Counsel for Plaintiff | Dated: April 2, 2025 |

1