UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Richemont International S.A.

          Plaintiff,

v.

Case No.: 1:25−cv−00843

Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations Identified in Amended Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2025:

    MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time to answer [39] is granted. Defendant VNOX is to answer or otherwise respond to the complaint by 5/7/2025. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.