# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RICHEMONT INTERNATIONAL SA,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A,"<br><br>Defendants. | Case No. 25-cv-00843<br><br>Judge Jorge Thomas M. Durkin<br>Magistrate Judge Jeannice W. Appenteng |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Richemont International SA, respectfully moves this Honorable Court for entry of an order of Default and final Default Judgment against the Defendants identified in **Schedule A** attached to this motion. Plaintiff has concurrently filed a Memorandum of Law in support of this motion.

| | |
|---|---|
| Dated: June 16, 2025 | Respectfully submitted,<br><br>/s/ James E. Judge<br><br>Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Ying Chen (IL Bar No. 6346961)<br>Flener IP Law, LLC<br>77 West Washington Street, Suite 800<br>Chicago, Illinois 60602<br>(312) 724-8874<br>litigation@fleneriplaw.com |